| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>Fred Stevens<br>Lauren C. Kiss<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245 | Hearing Date:  November 15, 2016<br>Hearing Time:  10:00 a.m.<br><br>Objection Deadline:  November 8, 2016 |

*Counsel to Marianne T. O'Toole, Chapter 7
   Trustee of the Estate of Knowledge Strategy
   Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHARD DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                                  :
                                                                             :          Chapter 7
KNOWLEDGE STRATEGY SOLUTIONS,    :
LLC                                                                  :          Case No. 15-23105 (RDD)
                                                                             :
                                  Debtor.                      :
-----------------------------------------------------------x

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN
ORDER, PURSUANT TO RULE 9001(5)(A) OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE, DESIGNATING ANNE KERSHAW
AS THE PERSON RESPONSIBLE FOR PERFORMING THE
OBLIGATIONS OF THE DEBTOR UNDER THE BANKRUPTCY CODE**

TO:    THE DEBTOR, ANNE KERSHAW, THE UNITED STATES TRUSTEE AND ALL
          PARTIES THAT HAVE REQUESTED NOTICE IN THE DEBTOR'S CASE:

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") of Marianne T. O'Toole's, the Chapter 7 Trustee (the "Trustee") for the estate of Knowledge Strategy Solutions, LLC (the "Debtor"), for entry of an order, pursuant to Rule 9001(5)(A) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), designating Anne Kershaw ("Ms. Kershaw") as the person responsible for performing the obligations of the Debtor as a Chapter 7 debtor under Title 11 of the United States Code (the "Bankruptcy Code"), directing Ms. Kershaw to appear at the 341(a) meeting of creditors and granting the Trustee such other and further relief as the Court deems just and proper, has been scheduled before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 on **November 15, 2016, at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601-4140, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140), and served upon (i) O'Toole + O'Toole PLLC, 22 Valley Road, Katonah, New York 10536, Attn: Marianne T. O'Toole, Esq. and (ii) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Fred Stevens, **so as to be received no later than 5:00 p.m. on November 8, 2016.**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Hearing.

Dated:  New York, New York
October 11, 2016

        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com

*Counsel to Marianne T. O'Toole, Chapter 7 Trustee of the Estate of Knowledge Strategy Solutions, LLC*

2